■ STATE DIVISION OF HUMAN RIGHTS on the Complaint of DOLORES HIERL and Others, Respondents, v SWEET HOME EDUCATION ASSOCIATION, Petitioner. (Proceeding No. 2.)—Determination of appeal board unanimously confirmed, without costs. Same memorandum as in *State Div. of Human Rights v Sweet Home Cent. School Dist. Bd. of Educ.* (73 AD2d 823). (Proceeding pursuant to Executive Law, § 298.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ VICTOR P. KORTA, Respondent, v RAUSCH EQUIPMENT CORPORATION et al., Appellants.—Order unanimously reversed, without costs, and motion denied. Memorandum: To resist a motion to dismiss for failure to serve a complaint after a demand plaintiff must (1) show that the delay is excusable and (2) submit proof by one having knowledge that the cause of action is meritorious *(Dobbins v County of Erie,* 65 AD2d 934, 935; *Allen v Berton,* 55 AD2d 1049). Plaintiff has failed to satisfy either of these requirements and the court abused its discretion in granting reargument and vacating its original order dismissing the action. (Appeal from order of Erie Supreme Court—reargument of motion to dismiss.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Witmer, JJ.

■ In the Matter of RENIA ALLISON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.—Judgment unanimously vacated, without costs. Memorandum: Special Term erred in denying petitioners' application for an order to show cause as without merit and dismissing the petition. An order to show cause is simply a substitute for a notice of motion as a device for bringing on a special proceeding. The merits of the petition are not reached in granting or denying the order (see 2 Carmody-Wait 2d, NY Prac, § 8:43, p 73; Siegel, New York Practice, § 248). (Appeal from judgment of Cayuga Supreme Court—art 78.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.